[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| BRIAN M SINGER (Unit Owner/Shareholder) | ) | |
| | ) | |
| _____, | ) | |
| | ) | |
| **Plaintiff(s),** | ) | |
| | ) | |
| **vs.** | ) | **Case No.** |
| KOVITZ, SHIFRIN & NESBIT (as co-conspirator) | ) | |
| ANN BROMELY (As #1F Owner/Officer/Director/Treasurer) | ) | |
| ~~MARK DAVIS (As #4 Owner/Officer/Director/President~~ | ) | |
| EMILY RIMKUS (As Live-in Girlfriend of Mr. Davis) | ) | |
| 308 W. EVERGREEN AVE CONDOMINIUM ASSOC (NFP) | ) | |
| | ) | |
| | ) | |
| **Defendant(s).** | ) | |

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is ___BRIAN S. SINGER___.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4.    Defendant, _____, is

        (name, badge number if known)

    ☐ an officer or official employed by _____;

        (department or agency of government)

    _____or

    ☒ an individual not employed by a governmental entity.

***If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.***

5.    The municipality, township or county under whose authority defendant officer or official

acted is ____ N/A at this time _____. As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6.    On or about Sept 2012 - Present____, at approximately Numerous Occasions ☐ a.m. ☐ p.m.

        (month,day, year)

plaintiff was present in the municipality (or unincorporated area) of CHICAGO_____

_____, in the County of ____ COOK _____,

State of Illinois, at ___308 W. EVERGREEN AVE, CHICAGO, IL_____,

        (identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows ***(Place X in each box that applies)***:

    ☐    arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

    ☐    searched plaintiff or his property without a warrant and without reasonable cause;

    ☐    used excessive force upon plaintiff;

    ☐    failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;

    ☐    failed to provide plaintiff with needed medical care;

    ☒    conspired together to violate one or more of plaintiff's civil rights;

    ☒    Other:

    Inter Alia: Harrassed and Discriminated against Plaintiff based on his Judaism and Disability all the while committing ongoing violations including insurance fraud related to illegal rooftop deck (negatively impacting the Association, Plaintiff and his unit (1R) including potentially leaving the association uninsured relating back to the inception of the fraud (1999)).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____.

7.     Defendant officer or official acted pursuant to a custom or policy of defendant

municipality, county or township, which custom or policy is the following: (***Leave blank***

***if no custom or policy is alleged***): Plaintiff's Investigation Continues.

Plaintiff reserves the right to amend to add the City of Chicago and the Police Officers
~~involved in the October 2015 illegal search and seizure, false arrest and severe beating~~
suffered by Plaintiff (knocked out in police stration woke up in hospital with permaenent
injuries) and other incidents stemming from defendant's actions, ommissions, malfeasance and
misfeasance (including false police reports which helped incite the CPD officers where there
in fact turned out to be no crime occurring), if and as needed.

8.     Plaintiff was charged with one or more crimes, specifically:

Aggravated Unlawful Restraint/Criminal Trespass to Property

_____

_____

_____

_____

9.     (***Place an X in the box that applies. If none applies, you may describe the criminal***
***proceedings under "Other"***) The criminal proceedings

☐   are still pending.

☒   were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐   Plaintiff was found guilty of one or more charges because defendant deprived me of a

fair trial as follows_____

_____.

☐   Other: _____.

_____

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10.    Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

See Attachment A For Para 10 Narrative, which is incorporated herein hereby, including the following Exhibits thereto:

A.1. Plat showing illegal roof deck as Mr. Davis space (KSN new proposed dec and bylaws issued last week do not correct this illegality but rather perpetuate it);

A.2 2011 Ann Bromely E-mail lying regarding non-existent access to roof top deck from Davis Unit in order to acquire mandatory insurance;

A.3 1999 Blueprint showing City voided the proposed deck, which was illegally built anyway with Bromley and Davis par ticiaption, knowledge aforethought and afterward, and which was used as Mr. Davis personal space;

A.4. Photo of 7.12.18 Posting of City regarding ban on entry to illegal deck (City first found deck illegal on Feb 2018, for lack of railings, but reinspected after I provided the blueprint (found on June 22, 2018), and the inspector thusly found the deck illegally built upon confirming lack of adequate exits, railings and being unapproved in the first place).

.

11.    Defendant acted knowingly, intentionally, willfully and maliciously.

12.    As a result of defendant's conduct, plaintiff was injured as follows:

A. Permanent injury to lumbar/cervical/left shoulder: Hospital/Doctor bills in excess of $15,000 and climbing;

B. In excess of $10,000 in out of pocket expenses due to mismanagment of 308 by defendants;

C. Investigation continues

.

13.    Plaintiff asks that the case be tried by a jury.    ☐ Yes        ☒ No

4

14.     Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such

as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy,

and/or any other claim that may be supported by the allegations of this complaint.


**WHEREFORE,** plaintiff asks for the following relief:

A.     Damages to compensate for all bodily harm, emotional harm, pain and suffering,

loss of income, loss of enjoyment of life, property damage and any other injuries

inflicted by defendant;

B.     ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages

against the individual defendant; and

C.     Such injunctive, declaratory, or other relief as may be appropriate, including

attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature:     /s/ BRIAN S. SINGER

Plaintiff's name *(print clearly or type)*:     BRIAN S. SINGER   7.13.18

Plaintiff's mailing address:   308 W. Evergreen Ave #1R

City   CHICAGO                    State   IL         ZIP   60610

Plaintiff's telephone number: (312   )399-3966                    .

Plaintiff's email address *(if you prefer to be contacted by email)*:   t312.399.3966@gmail.com


15.     Plaintiff has previously filed a case in this district.   ☐ Yes   ☒ No

*If yes, please list the cases below.*


*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff.  An additional signature page may be added.*

**SINGER V KOVITZ, Et al.**
**ATTACHMENT A**

**PARAGRAPH 10**
**Attachment to Pro Se Complaint**

¶10: Co-defendants conspired to, and did, and continue to, violate Plaintiff's rights under the U.S. and Illinois Constitution, in violation of laws promulgated thereunder to preserve such rights, and after I informed them of my disability and requested they cease and desist, including but not limited to:

1.      **42 USC 3601 and 42 USC 1985:** Failure to Accommodate, Discrimination, Harassment

A. Personally and thru 308 Association, and collectively and individually, knowingly, from 2012 continuing to date**, engaged and are engaging in discriminatory conduct against Plaintiff due to, and failed to accommodate Plaintiff for, his disabilities (Narcolepsy),** including but not limited to illegally using defendant co-conspirator uncontracted volunteer KSN (There was no Board Meeting hiring them and I never voted on KSN doing anything, thus 308 had no authority to contract, and KSN proceeded despite my pointing out same, stating they would "just go back and ratify"), to impose fines, take and publish unauthorized photographs of Plaintiff, and prosecute Plaintiff (Cook County Case No: 18M1104862, filed Jan 2018) for, *inter alia*, falling asleep while peacefully sitting on the common stairs just outside my apartment back door due to a narcoleptic event (instead of accommodating as required under law, here most easily accomplished by just gently, verbally, trying to wake me up, so I could go inside, and if not successful, increase the volume until I awoke, and then if not contact emergency 911 as there may be a deeper issue if simple loud voice does not rouse a person).

B. Since shortly after I began inquiring as to why it appeared no board meetings had been held (among other omissions and apparent non-compliance with the Condo Act) and requesting various documents and information related to the past and ongoing management of 308 by Davis and Bromely, Bromely, Davis and Rimkus **collectively engaged and are engaging in a pattern of hate speech and hate conduct directed against Plaintiff and my guests based on my being Jewish**, including but not limited to repeatedly calling me a "Cheap Jew" and other similar derogatory terms (and including by Emily while screaming and trying to break my door down, which I have on security video), calling my friends the "N" word, and engaging to date in various other prohibited discriminatory and hateful conduct too graphic for public consumption in this document (much of which defendants committed despite knowing there was a security system recording them).

2.      **765 ILCS 605 et seq. (Illinois Condominium Property Actg) & 805 ILCS 105 et seq. (Illinois Not for Profit Act):** Near-Total Noncompliance

A. Bromely, Davis and 308 failed to comply with nearly all Illinois' prerequisites as required of a not-for-profit condominium association in order to secure the corporate fiction and act with authority of law, including but not limited to failing to hold elections, failing to issue notice for and hold required meetings/issue resolutions/vote/make and certify minutes), and failing to

properly enter into contracts, including with KSN (which was warned that 308 lacked authority but proceeded to prosecute Plaintiff anyway).

B. All co-defendants conspired, prior to and after notice from the City, to cover up the illegality of hazardous conditions pre-existing my 2012 purchase which were not disclosed to me (or the 308 insurers or banks holding a lien on 308), including after I notified them of same, including an illegal roof deck that President Davis claimed was his to use, exclusively, and which is improperly shown as a "limited common element" on the plat (Exh. A.1).

This includes Ann Bromely and Mr. Davis apparently previously and currently actively representing to Travelers and other 308 insurers that the deck was legal, and specifically lying that it had two exits one of which was allegedly in Mr. Davis unit (See Exh. A.2 Bromely 2011 email, discovered on June 22, 2018 during discovery on the 18M1104862 case), when she knew, and the blueprints (Exh. A.3), show that Mr. Davis unit does not have any access to the deck whatsoever and there is only one access, and in any event the City had voided the deck which was built anyway, resulting in the City posting the deck as illegal on July 12, 2018 (Exh. A.4), and preparing an enforcement action therefore if needed in the event this Court cannot issue an order allowing me to abate the deck in lieu of the current officers, whose removal and permanent debarment I seek under the Not-for-Profit Act and other applicable authority.

This also includes KSN aiding and abetting Davis and Bromely in covering up, using and preventing the city and other unit owners from accessing the roof for maintenance, and directly blocked my trying to get the roof closed to protect guests of 308 and my own liability, including KSN themselves proposing that I drop my complaints regarding the illegal roof despite KSN knowing the roof was and is illegal (until it is gone, which I am prepared to do immediately without waiting for any meetings of questionable validity), and move out, in exchange for dropping the harassment collection suit referenced above.

INVESTIGATION CONTINUES/RIGHT TO AMEND TO ADD DEFENDANTS AND CLAIMS RESERVED

Attested By: /s/ BRIAN M. SINGER

Dated: July 13, 2018

# A.1

# 308 Roof Plat



# A2

# 2011 Bromely Email
# About Unit 4
# Phantom Access to Roof

**Jeff Drews**

| | |
|---|---|
| **From:** | Jeff Drews [jdrews@djmccarthy.com] |
| **Sent:** | Tuesday, March 15, 2011 11:44 AM |
| **To:** | ABromley@ThePopcornFactory.com |
| **Cc:** | jdrews@djmccarthy.com |
| **Subject:** | 308 W Evergreen |

Thanks very much for the information, Ann. Dick has the revised quote (lower premium) and we've discussed the self-closing hinges.

Thanks,
Jeff

Jeffrey J. Drews
Vice President
D.J. McCarthy and Company
3633 West Lake Ave. #LL-4
Glenview, IL 60026
Phone 847-998-8440 x12
Fax 847-998-8448

P.S. I was at The Popcorn Factory store last week...GREAT POPCORN!

**From:** Tom Venn [mailto:tvenn@djmccarthy.com]
**Sent:** Tuesday, March 15, 2011 11:34 AM
**To:** 'Jeff Drews'
**Subject:** FW: 308 W Evergreen

I think you should have this.

**From:** Ann Bromley [mailto:ABromley@ThePopcornFactory.com]
**Sent:** Tuesday, March 15, 2011 10:28 AM
**To:** tvenn@djmccarthy.com
**Subject:** 308 W Evergreen

I am sending this on behalf of Dick Kessen. This outlines the verbal information he provided to you last week, in answer to your questions.
1. Floors are concrete
2. Doors on each unit are not self closing. All units have front and rear exits/entrances. Each of these doors are steel and fire rated, with the exception of the rear doors on 1F and 1R, which are solid wood. These units are both duplexes, and these doors lead to an inner enclosed stairway which services these two units. All units have the same type of wood/glass balcony doors.
3. Emergency lighting on each floor. No illuminated exit signs.
4. Explained in detail above, but yes.
5. There was a claim in 2008, paid in November of 2008 (I believe storm was in September or October) for water damage to rear stairwell as a result of severe rainstorm. Amount paid was $11,365.

Layout explanation:
The building has 5 livable units. The 2 lower units, 1F (front) and 1R (rear), are duplex units – front and rear on the same levels. Units 2, 3, and 4 are single floor units directly above 1F and 1R.

Each unit has built in wood burning fireplaces. All units have one useable balcony. In addition, units 1F and 1R have a lower level well or patio. Unit 4 has a wood/glass door which leads to a useable rooftop. There is a fire extinguisher on

each floor level in the front and back stairwells, and one extinguisher in the interior side stairwell which services 1F and 1R. The emergency lighting is 110v/12v.
There is no elevator in the building.

Ann Bromley on behalf of
Dick Kessen
312-280-0056

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

# A3

# 1999 Blueprint
# City Denial of Proposed Deck

4TH FLOOR PENT. UNITE

DINING ROOM
LIVING ROOM
KITCHEN
BALCONY
BATH
MECHANICAL
WALK IN CLO
M. BATH
SHOWER

ROOF PLAN

TYPICAL ROOF CONSTRUCTION

DOOR SCHEDULE

| No. | SIZE | DESCRIPTION |
|---|---|---|
| 1 | 3'-0" x 6'-8" x 1¾" | MTL. INSUL. |
| 2 | 2'-8" x 6'-8" x 1¾" | SOLID CORE WOOD |
| 3 | 2'-6" x 6'-8" x 1¾" | HOLLOW CORE |
| 4 | 3'-0" x 6'-8" x 1¾" | BIFOLD |
| 5 | 3'-0" x 6'-8" x 1¾" | SOLID CORE |

WINDOW SCHEDULE

| MTL. | SIZE | DESCRIPTION |
|---|---|---|
| A | 74 x 72 | PICTURE CLAD |
| B | 72 x 72 | PICTURE CLAD |
| C | (2) 30 x 48 | CM. CLAD |
| D | 36 x 56 | CM. CLAD |
| E | (2) 30 x 72 | CM. CLAD |
| F | 36 x 48 | AWNING CLAD |
| G | 74 x 24 | AWNING CLAD |
| H | 72 x 24 | PICTURE CLAD |
| I | 24 x 24 | PICTURE CLAD |
| J | 48 x 18 | TRANSOM |
| K | 48 x 18 | TRANSOM |

# A4

# JULY 12, 2018

# CITY OF CHICAGO POSTING OF ILLEGAL DECK



# NOTICE

## City of Chicago
## Department of Buildings

DEPARTMENT OF
BUILDINGS

308 W. EVERGREEN AVE. / ROOFTOP DECK

(Number and Street)

## *The PORCH is in a*
# *DANGEROUS & HAZARDOUS CONDITION*
## *DO NOT USE*

Pursuant to Section 13-8-100 of the Chicago
Municipal Code

DO NOT REMOVE THIS NOTICE UNDER PENALTY OF LAW

TENANTS SHOULD INFORM THE OWNER OF THIS PROPERTY OF THIS POSTING IMMEDIATELY.

SKALA

Inspector

7·12·18

Date

746

No.

312·446·5562

Phone Number

THIS NOTICE SHALL NOT BE REMOVED WITHOUT EXPRESS WRITTEN APPROVAL FROM THE DEPARTMENT OF BUILDINGS.